# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/19

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Cuevas | ) | Case No: 98cr1053-01(JSR) |
| | ) | USM No: 25329-069 |
| Date of Original Judgment: 03/03/2003 | ) | |
| Date of Previous Amended Judgment: 12/23/2015 | ) | Donald Duboulay, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 300 months **is reduced to** 250 months.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/03/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/22/19

Judge's signature

Effective Date: _____
*(if different from order date)*

Hon. Jed S. Rakoff, U.S.D.J.
*Printed name and title*